**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:20-cv-22942-Moore-Becerra**

_____
                                                                    :
CHRISTINA MARIE MCLAUGHLIN,       :
                                                                    :
        Plaintiff,                                 :
                                                                    :
v.                                                                 :
                                                                    :
FLORIDA INTERNATIONAL                     :
UNIVERSITY, et. al.                                   :
                                                                    :
        Defendants.                             :
_____:

**THE UNITED STATES DEPARTMENT OF EDUCATION AND SECRETARY OF EDUCATION ELISABETH DEVOS'S MOTION TO DISMISS THE PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER RULES 12(b)(1) AND 12(b)(6) FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the United States Department of Education and Elisabeth D. Devos, in her official capacity as Secretary of Education, (hereinafter, the "Federal Defendants"), respectfully move this Court to dismiss with prejudice all counts of Plaintiff's first amended complaint [D.E. 10] directed towards the Federal Defendants: Count I (Violation of Plaintiff's First Amendment Right of Freed of Speech and Political Expression); Count III (Violation of Plaintiff's Fourteenth Amendment and Florida Constitutional Right to Equal Protection of the Law); Count IV (U.S. Department of Education's Breach of Legal Obligation to Properly Enforce a Student FERPA Complaint); Count VII (Fraud); Count VIII (Civil Conspiracy); Count IX (Breach of Fiduciary Duty); and Count X (Negligence). In support of their motion, the Federal Defendants attach to this motion a memorandum of points and authorities and relevant exhibits.

1

2

Respectfully submitted,

**ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY**

By: */s/ John S. Leinicke*
JOHN S. LEINICKE, ESQ.
Assistant United States Attorney
Court I.D./Bar No. 64927
Email: John.Leinicke@usdoj.gov
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel.: 305.961.3212
Counsel for Defendants U.S. Dept. of Education and Elisabeth D. Devos, in her official capacity as Secretary of Education.

## CERTIFICATE OF SERVICE

I hereby certify that on December 01, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                **By: s/John S. Leinicke_____**
                JOHN S. LEINICKE
                Assistant United States Attorney

## SERVICE LIST

Diana McLaughlin, Esq.
10661 Airport Pulling Road, Suite 9
Naples, FL 34109
Tel: 239 330 6332
drdiana@dianamclaughlin.com
FBN: 84479
*Attorney for Plaintiff*

Lourdes E. Wydler
F.B.N. 71981
lew@marrerolegal.com
Oscar E. Marrero
F.B.N. 372714
oem@merrerolegal.com
Marrero & Wydler
2600 Douglas Road, PH-4
Coral Gables, FL 33134
Tel: 305 446 5528
Fax: 305 446 0995
*Attorneys for State Defendants*

JOHN S. LEINICKE
Assistant U.S. Attorney
Court ID Bar No. 64927
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, 3rd Floor
Miami, Florida  33132-2211
Tel: 305 961 9212
john.leinicke@usdoj.gov
*Counsel for Defendants*
*U.S. Department of Education*
*Secretary Elisabeth Devos*