UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CHRISTINA MCLAUGHLIN, . | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 20-cv-22942 |
| v. | * | |
| | * | |
| FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, *et al.* | * | |
| | * | |
| | * | |
| Defendants. | * | |

**DECLARATION OF TRACEY SASSER**

I, Tracey Sasser, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am employed as Assistant General Counsel, Division of Business and Administrative Law, United States Department of Education (Department). I have served in this position, in either an acting or a permanent capacity, since September, 2008.

2. As Assistant General Counsel, I serve as Department Claims Officer, under authority set forth at 34 C.F.R. Part 35. As Department Claims Officer, I am responsible for investigating claims filed against the Department under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and for issuing administrative determinations on such claims. I am also custodian of the Department's records relating to FTCA claims filed against the Department.

3. The Department's FTCA regulation provides, in pertinent part, for administrative FTCA claims to be filed with me at the following address: Department of Education Claims Officer, Washington, DC 20202. 34 C.F.R. § 35.2(c).

4. I certify that I have directed my staff to conduct a careful search of the Department's FTCA claim files, and that such review located no record of any FTCA claim properly filed by Christina McLaughlin, the Plaintiff herein, relative to the claims asserted in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tracey Sasser